Gus BROWN, Appellant, v. The STATE of Texas on relation of John R. SHOOK, Criminal District Attorney, et al., Appellees.

No. 10118.

Court of Civil Appeals of Texas. San Antonio.

Oct. 21, 1936.

J. I. Kercheville, William Aubrey, and Raymond Gerhardt, all of San Antonio, for appellant.

John R. Shook, L. J. Gittinger, Johnson, Rogers & Slatton, and R. L. Neal, all of San Antonio, for appellees.

MURRAY, Justice.

This suit is in the nature of a quo warranto proceeding instituted in the name of the State of Texas on relation of John R. Shook, Criminal District Attorney, seeking to prevent the name of either Gus Brown or S. M. (Chas.) Meeks from being printed on the official ballot for the general election as the democratic nominee for the office of constable of precinct No. 1, Bexar county, Tex.

All issues presented by this suit have been fully disposed of in Gus Brown v. S. M. (Chas.) Meeks, 96 S.W.(2d) 839, opinion delivered by this court September 29, 1936.

For this and other obvious reasons, this cause is now moot and will accordingly be dismissed.

Teodola S. CASTILLO et vir., Appellants, v. TEXAS PRUDENTIAL INSURANCE COMPANY, Appellee.

No. 9880.

Court of Civil Appeals of Texas. San Antonio.

Oct. 21, 1936.

Chas. T. Haltom, of San Antonio, for appellants.

Mueller & Green, Arthur W. Mueller, and Edward A. Sibley, all of San Antonio, for appellee.

MURRAY, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation et al. v. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294.

Rudy KRISCH, Jr., et al., Appellants, v. M. CLAUSEWITZ, Appellee.

No. 9887.

Court of Civil Appeals of Texas. San Antonio.

Nov. 4, 1936.

Rehearing Denied Dec. 9, 1936.

Birkhead, Beckman, Stanard & Vance and W. Glendon Roberts, all of San Antonio, for appellants.

Harry B. Berry and G. Woodson Morris, both of San Antonio, for appellee.

MURRAY, Associate Justice.

Affirmed without written opinion. See Associated Indemnity Corporation et al., v. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294.

TEN CENT TAXI, Inc., Appellant, v. Paul PEOPLES, Appellee.

No. 9873.

Court of Civil Appeals of Texas. San Antonio.

Oct. 21, 1936.

Rehearing Denied Dec. 2, 1936.

Hull & Oliver, of San Antonio, for appellant.

Moursund, Moursund & Bergstrom and H. C. Covington, all of San Antonio, for appellee.

MURRAY, Justice.

Affirmed without written opinion. See Associated Indemnity Corporation et al. v. Gatling (Tex.Civ.App.) 75 S.W.(2d) 294.